NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HALOZYME, INC.,**
*Plaintiff-Appellant*

v.

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendant-Appellee*

---

2019-1011

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:16-cv-01580-CMH-JFA, Senior Judge Claude M. Hilton.

---

**JUDGMENT**

---

WILLIAM G. GAEDE, III, McDermott, Will & Emery LLP, Menlo Park, CA, argued for plaintiff-appellant.  Also represented by MANDY H. KIM, Irvine, CA; SAMI SEDGHANI, San Francisco, CA; PAUL WHITFIELD HUGHES, JOSHUA DAVID ROGACZEWSKI, Washington, DC.

FRANCES LYNCH, Office of the Solicitor, United States

Patent and Trademark Office, Alexandria, VA, argued for defendant-appellee. Also represented by KAKOLI CAPRIHAN, THOMAS W. KRAUSE, JOSEPH MATAL, AMY J. NELSON; JAYNIE RANDALL LILLEY, United States Department of Justice, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>January 13, 2020</u>
Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court